**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CLOUDING CORP., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 14-1181-LPS |
| RACKSPACE HOSTING, INC., *et al.*, | ) ) ) |
| Defendants. | ) ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by Plaintiff Clouding Corp. ("Plaintiff") and Defendants Rackspace Hosting, Inc., Rackspace US, Inc. and Jungle Disk, LLC (collectively, "Defendants"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that all Plaintiff's claims for relief against Defendants in the above-captioned action are dismissed with prejudice and with all attorneys' fees, costs of court and expenses borne by the party incurring same and not by the other party and each waive the right to make a claim against the other for such attorneys' fees, costs and any other expenses associated with the matters being resolved here. All claims, defenses, or counterclaims that Defendants raised are dismissed without prejudice.

Dated: October 29, 2014

| | |
|---|---|
| BAYARD, P.A. | ASHBY & GEDDES |
| /s/ Stephen B. Brauerman | /s/ Lauren E. Maguire |
| Richard D. Kirk (#922) | Steven J. Balick (#2114) |
| Stephen B. Brauerman (#4952) | Lauren E. Maguire (#4261) |
| 222 Delaware Avenue | Andrew C. Mayo (#5207) |
| Suite 900 | 500 Delaware Avenue, 8th Floor |
| P.O. Box 25130 | P.O. Box 1150 |
| Wilmington, DE  19899 | Wilmington, DE 19899 |
| (302) 655-5000 | (302) 654-1888 |
| rkirk@bayardlaw.com | sbalick@ashby-geddes.com |
| sbrauerman@bayardlaw.com | lmaguire@ashby-geddes.com |
| | amayo@ashby-geddes.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

       IT IS SO ORDERED this ____ day of October, 2014.

_____
CHIEF UNITED STATES DISTRICT JUDGE